UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAGAN THOMAS, | No. 2:15-cv-1936 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| RAVERA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On January 25, 2016, plaintiff was ordered to provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF No. 6. Although plaintiff has filed a copy of his prison trust account statement, it has not been certified prison staff. ECF No. 7. Plaintiff will be provided an opportunity to submit a **certified** copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to

////

////

1

1 | comply with this order will result in a recommendation that this action be dismissed without
2 | prejudice.
3 | DATED: February 23, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE