UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAGAN THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERA, et al.,<br><br>    Defendants. | No. 2:15-cv-1936 KJM AC P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant has filed a motion for stay and request for referral to settlement proceedings. ECF No. 35. In the motion, counsel states that plaintiff has expressed an interest in early settlement proceedings and defendant agrees that there is the potential for early settlement in this case. Id. at 2. Therefore, this case will be referred to Magistrate Judge Gregory G. Hollows to conduct a settlement conference on May 3, 2018, at 9:00 a.m., at the Robert T. Matsui Federal Courthouse, 501 I Street, Courtroom 9, Sacramento, California 95814.

Plaintiff shall appear at the settlement conference by video conference. In the event video conferencing capabilities are unavailable, plaintiff will appear by telephone. A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

In light of the upcoming settlement conference, the deadlines in the September 21, 2017 scheduling order will be vacated and re-set if settlement proceedings are unsuccessful. Any

1

pending discovery is also stayed pending completion of the settlement conference and plaintiff's motion for an extension of time to complete discovery and appointment of an officer is denied as moot.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant's motion for settlement proceedings (ECF No. 35) is granted. This case is set for a settlement conference before Magistrate Judge Gregory G. Hollows on May 3, 2018 at 9:00 a.m., at the Robert T. Matsui Federal Courthouse, 501 I Street, Courtroom 9, Sacramento, California 95814.

2. Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.

3. Each party is directed to submit to the chambers of Judge Gregory G. Hollows confidential settlement conference statements. No later than April 26, 2018, statements shall be sent to the following email address: gghorders@caed.uscourts.gov. If plaintiff is unable to access the internet, he shall, on or before April 19, 2018, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Gregory G. Hollows. Such statements are neither to be filed with the Clerk nor served on the opposing party. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

4. The deadlines in the September 21, 2017 discovery and scheduling order (ECF No. 26) are vacated and any pending discovery is stayed pending completion of the settlement conference. In the event the settlement conference is unsuccessful, new deadlines will be set.

5. Plaintiff's motion for an extension of time to complete discovery and to appoint an officer (ECF No. 34) is denied as moot.

DATED: January 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE