UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

REAGAN THOMAS,
        Plaintiff,

vs.

RIVERA, et al.
        Defendants.

No. 2:15-cv-1936 KJM AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Reagan Thomas, inmate T-70988, a necessary and material witness in proceedings in this case on May 3, 2018, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, CA 95531, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows, to appear by video-conferencing at Pelican Bay State Prison, on May 3, 2018, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Pelican Bay State Prison, 707-465-9099.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA 95532:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 17, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE